IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

**SHORERIVERS, INC. ET AL.,**            )
                                         )
    Plaintiffs,                          )
v.                                       )   Case No. 1:22-cv-00278
                                         )
**VALLEY PROTEINS, INC.**                )
                                         )
    Defendant.                           )
_____ )

## ~~PROPOSED~~ ORDER

Upon consideration of the Joint Motion to Stay Proceedings requesting a 60-day stay of the litigation to allow the parties time to negotiate a potential settlement, it is this __5th__ day of May, 2022,

    **ORDERED** that the Joint Motion to Stay Proceedings is **GRANTED;** and it is further

    **ORDERED** that the action be stayed for a period of 60 days from the filing date of the Joint Motion to Stay Proceedings, up to and including July 5, 2022.

                                             /s/
                                 _____
                                 Stephanie A. Gallagher
                                 United States District Judge